JOHN R. GARNER, State Bar No. 246729
**GARNER & ASSOCIATES**
520 Capital Mall, Suite 280
Sacramento, CA 95814
Telephone: (916) 573-3926
Email:john@garner-associates.com

TONYA NYGREN, State Bar No. 289803
**NYGREN LAW OFFICE**
1903 21st Street
Sacramento, CA 95811
Telephone: (916)739-1900
Email: tonya@nygrenlaw.com

ERIKA M. GASPAR, State Bar No. 238117
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA 95834
Telephone: (916) 749-0278
Email: erika.gaspar.law@gmail.com

Attorneys for Plaintiff, PATRICIA E. FLYNN

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
EDWARD D. VOGEL, Cal. Bar No. 110081
J. BARRETT MARUM, Cal. Bar No. 228628
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
E mail: evogel@sheppardmullin.com bmarum@sheppardmullin.com

Attorneys for Defendant, WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA E. FLYNN<br><br>    Plaintiff,<br>    v.<br>WELLS FARGO BANK, N.A.; and DOES 1-50 inclusive<br><br>    Defendant. | **CASE: 2:19-cv-00116-WBS-KJN**<br><br>**STIPULATION AND** [PROPOSED] **ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS**<br><br>Action Filed: November 14, 2018<br>Removed: January 17, 2019 |

-1-

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record and subject to Court approval, to the following:

1. Pursuant to Local Rules 143 (a)(1), 144, and 230, Plaintiff PATRICIA E. FLYNN and Defendant WELLS FARGO BANK, N.A. agree to the reset of hearing on Defendant's motion to dismiss from March 11, 2019, to April 1, 2019, with the notice and filing deadlines to follow from that new date.

2. There have been no prior stipulations or request for extensions in this matter.

3. This matter was removed to Federal Court from Sacramento Superior Court on January 17, 2019.

4. Defendant will not be prejudiced by the additional time for its matter to be heard.

5. Resetting the hearing on Defendant's motion to April 1, 2019 will not affect the trial date or related deadlines in this case.

RESPECTFULLY SUBMITTED,

Dated: February 11, 2019      By:   */s/Erika M. Gaspar*
                                    John R. Garner, Esq.
                                    Tonya Nygren, Esq.
                                    Erika M. Gaspar, Esq.
                                    Attorneys for Plaintiff
                                    PATRICIA E. FLYNN


**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Dated: February 11, 2019      By:   */s/J. Barrett Marum*
                                    Edward D. Vogel , Esq.
                                    J. Barrett Marum, Esq.
                                    Attorneys for Defendant
                                    WELLS FARGO BANK, N.A.

-2-

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that hearing on Defendant's motion to dismiss be reset from March 11, 2019 to **April 8, 2019 at 1:30 p.m. in Courtroom 5.**

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

*Flynn v. Wells Fargo, et al.*
*Case No. 2:19-cv-00116-WBS-KJN*
**STIPULATION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS**