1 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2   Including Professional Corporations
EDWARD D. VOGEL, Cal. Bar No. 110081
3 J. BARRETT MARUM, Cal. Bar No. 228628
501 West Broadway, 19th Floor
4 San Diego, California 92101-3598
Telephone:    619.338.6500
5 Facsimile:    619.234.3815

6 Attorneys for Defendants
WELLS FARGO BANK, N.A., TIMOTHY
7 SLOAN, ANTHONY BENNUM, EVELIA
GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA E. FLYNN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; a corporation; TIM SLOAN, an individual; ANTHONY BENNUM, an individual, EVELIA GARCIA, and individual, and DOES 1-47, inclusive,,<br><br>Defendants. | Case No. 2:19-cv-00116-WBS-KJN<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO 1) TAKE WELLS FARGO BANK, N.A.'S MOTION TO DISMISS OFF CALENDAR AND 2) TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Deadline: April 1, 2019<br><br>Stipulated Deadline: April 8, 2019<br><br>Action Filed: November 14, 2018<br><br>Removed: January 17, 2019 |

**TO THE TO COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record and subject to Court approval to the following:

1. Plaintiff Patricia E. Flynn ("Plaintiff") and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), Timothy Sloan ("Sloan"), Anthony Bennum ("Bennum"), and Evelia Garcia ("Garcia") (collectively "Defendants"), submit this Stipulation to 1) take Wells Fargo Bank, N.A.'s pending motion to dismiss off calendar and 2) to extend Defendants' deadline to respond to Plaintiff's First Amended Complaint from April 1, 2019, to April 8, 2019, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rules 143 and 144.

2. Plaintiff originally filed suit against Wells Fargo in Sacramento County Superior Court on November 14, 2019. On January 17, 2019, Wells Fargo removed the action to this Court. Wells Fargo then filed a Motion to Dismiss Plaintiff's Complaint on January 24, 2019. A hearing for the Motion to Dismiss was originally set for March 11, 2019, but this Court reset the hearing for April 8, 2019, following stipulation by the parties to reschedule the hearing. The parties have subsequently filed a stipulation seeking an order from the Court to reschedule the hearing to June 17, 2019.

3. Plaintiff filed a First Amended Complaint on March 18, 2019, which named Wells Fargo and three Wells Fargo employees as individual defendants. Wells Fargo contends that the addition of at least some of the individual defendants is improper. Nevertheless, the parties believe it is most efficient to take Wells Fargo's pending motion to dismiss off calendar and to allow the Court to decide the propriety of the addition of the individual defendants in the context of Wells Fargo's response to the First Amended Complaint. The parties therefore stipulate to take Wells Fargo's motion to dismiss off calendar, with each side reserving all rights regarding the arguments presented in that motion and regarding the First Amended Complaint.

4. The parties also stipulate to extend Defendants' deadline to respond to Plaintiff's First Amended Complaint by one week to April 8, 2019.

5. The parties have not sought any other extensions in time with regard to the First Amended Complaint or Defendants' responsive deadline.

6. Plaintiff will not be prejudiced by the additional time and has stipulated herewith.

RESPECTFULLY SUBMITTED,

Dated: March 28, 2019

By     */s/ J. Barrett Marum*
            J. BARRETT MARUM

Attorneys for Defendants
WELLS FARGO BANK, N.A., TIMOTHY SLOAN, ANTHONY BENNUM, EVELIA GARCIA

Dated: March __29__, 2019

By     */s/Erika M. Gaspar*
            JOHN R. GARNER
            TONYA NYGREN
            ERIKA M. GASPAR

Attorneys for Plaintiff
PATRICIA E. FLYNN

SMRH:489951108.1
-3-
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FAC

**ORDER**

Based on the foregoing stipulation,

**IT IS HEREBY ORDERED** that the Wells Fargo's pending motion to dismiss set for April 8, 2019 is taken off calendar and that Defendants' responsive deadline to Plaintiff's First Amended Complaint is reset from April 1, 2019, to April 8, 2019. The Scheduling Conference is continued to **June 24, 2019 at 1:30 p.m.** A joint status report shall be filed no later than **June 10, 2019**.

**IT IS SO ORDERED.**

Dated: April 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE