UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA E. FLYNN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; a corporation; and DOES 1-47, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-CV-00116-WBS-KJN<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Upon considering the papers submitted, and good cause appearing, the parties' joint motion for dismissal with prejudice is GRANTED.  Each party shall bear her or its own fees and costs.

Dated:  April 23, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE